IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATISHA FERIBEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RANDY LIMES,<br>J.B. HUNT TRANSPORT, INC. | : | |
| | : | NO. 02-3360 |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Wednesday, November 27, 2002*. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                                          Michael E. Kunz
                                                                                                           Clerk of Court

**\*Case continued from October 30, 2002
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

                                                                                                           By:_____
                                                                                                           ADRIENNE MANN
                                                                                                          Deputy Clerk
                                                                                                          Phone:267-299-7075

Date:<u>October 1, 2002</u>

Copies:       Steve Iannacone, Courtroom Deputy to Judge Hutton
                     Docket Clerk - Case File

              Counsel:     Mark A. Koral, Esq.
                               Timothy J. Abeel, Esq.

              Arbitrators:  Marc Weingarten, Esq., Chair
                               Shelley Smith, Esq., Esq.
                             Joseph Devanney, Esq.

ARB2.FRM