IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATISHA FERIBEE | : | CIVIL ACTION |
| vs. | : | |
| RANDY LIMES, | : | NO. 02-3360 |
| J.B. HUNT TRANSPORT, INC. | : | |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this          day of December, 2002, it is hereby

ORDERED that Marc Weinstein, Esq. is replaced as an arbitrator on Wednesday, November 27, 2002, 9:30 a.m.  It is hereby

FURTHER ORDERED that Michael-John Goodnow, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

HERBERT J. HUTTON, J.

ARB8 (12/82)