**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


LATISHA FERIBEE                     :          CIVIL ACTION

                                    :

      vs.                           :

                                    :

RANDY LIMES,                        :

J.B. HUNT TRANSPORT, INC.           :          NO. 02-3360



**CIVIL JUDGMENT**



BEFORE HUTTON, J.

        AND NOW, this            day of January, 2003, it appearing that an Arbitration Award was entered and filed on December 2, 2002, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

        ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, judgment is entered in favor of Plaintiff Latisha Feribee and against Defendants Randy Limes and J.B. Hunt Transport, Inc. in the amount of thirty-two thousand five hundred dollars ($32,500.00).



ATTEST:                    OR              BY THE COURT:



By:_____                      _____
Deputy Clerk                              HERBERT J. HUTTON, J.

ARB 16